

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00151-CV

Tanita F. **KEHOE**, Scott Kehoe, and Thomas David White, Jr.,
Appellants

v.

Edward A. **CLOUSE** and Helen R. Clouse,
Appellees

From the County Court at Law, Kendall County, Texas
Trial Court No. 10-627-CCL
Honorable Bill R. Palmer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the portions of the trial court's judgment awarding the appellees Edward A. Clouse and Helen R. Clouse attorney's fees and $500.00 in actual damages are REVERSED, and judgment is RENDERED that appellees take nothing on their trespass claim and their request for attorney's fees. The remainder of the trial court's judgment is AFFIRMED. Costs of the appeal are taxed against the parties who incurred them.

SIGNED March 25, 2015.

Sandee Bryan Marion, Chief Justice